1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

GORDON DOUGLAS TUTTON,                          1:11-cv-00863-AWI-SKO  (HC)

12

Petitioner,

13

vs.                                             ORDER DENYING MOTION FOR
                                                APPOINTMENT OF COUNSEL

14

GARY SWARTHOUT,
                                                (DOCUMENT #19)

15

Respondent.

16

_____/

17

Petitioner has requested the appointment of counsel.  There currently exists no

18

absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze,

19

258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).

20

However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage

21

of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254

22

Cases.  In the present case, the Court does not find that the interests of justice require the

23

appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that

24

Petitioner's request for appointment of counsel is denied.

25

IT IS SO ORDERED.

26

**Dated:    October 4, 2011**                        **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

27

28